**DISMISS and Opinion Filed November 5, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00334-CV

**TONY GREEN, Appellant**
**V.**
**RELIABLE CHEVROLET II, LLC, Appellee**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13832**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Bridges

Before the Court is the parties' agreed motion to dismiss the appeal. The parties no longer

wish to prosecute this appeal. Accordingly, we grant the parties' motion and dismiss the appeal

with prejudice. *See* TEX. R. APP. P. 42.1(a)(2).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

180334F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

TONY GREEN, Appellant

No. 05-18-00334-CV          V.

RELIABLE CHEVROLET II, LLC,
Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-13832.
Opinion delivered by Justice Bridges.
Justices Francis and Lang-Miers
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED WITH PREJUDICE**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered November 5, 2018.